IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESPRIT STEWARD,<br><br>                    Plaintiff,<br><br>          v.<br><br>WELLPATH, LLC,<br><br>                    Defendant. | 6:21-cv-00185-MK<br><br>JUDGMENT |

As per the parties' Stipulated Dismissal (ECF No. 11), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and without costs or attorneys' fees to any party.

Pending motions, if any, are denied as moot.  All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 22nd day of June 2021.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge